IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KONTONOTAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HYGROSOL PHARMACEUTICAL | : | |
| CORPORATION and | : | |
| SPIRO SPIREAS | : | NO. 07-4989 |

O R D E R

AND NOW, this 16th day of June, 2009, upon consideration of Plaintiff's Motion to File Second Amended Complaint, filed in this case as Document 53, and Defendants' Response thereto, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART, as follows:

(1) Plaintiff may file within one week of the date of this Order a Second Amended Complaint in substantially the form of the complaint attached as Exhibit B to this Motion; EXCEPT THAT

(2) Plaintiff's Second Amended Complaint may not include a request for a constructive trust.

(3) Defendants shall file an answer to Plaintiff's Second Amended Complaint within fourteen days of its filing.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE