IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KONTONOTAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HYGROSOL PHARMACEUTICAL | : | |
| CORPORATION and | : | |
| SPIRO SPIREAS | : | NO. 07-4989 |

O R D E R

AND NOW, this 18th day of June, 2009, upon consideration of Plaintiff's Motion to Compel Full and Complete Answers to Plaintiff's Second Set of Document Requests, filed in this case as Document No. 53, and Defendants' response thereto, it is hereby ORDERED that the motion is

(a) GRANTED with respect to Document Request Nos. 1-6, 15 and 17-19. Defendants shall provide to Plaintiff all non-privileged material sought by these Document Requests within ten days of the date of this Order. Any material claimed to be privileged should be set forth in a privilege log as required by the Federal Rules of Civil Procedure;

(g) The motion is otherwise DENIED.

BY THE COURT:


/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE COURT

7