IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE KONTONOTAS | : | CIVIL ACTION |
| v. | : | |
| HYGROSOL PHARMACEUTICAL CORPORATION and SPIRO SPIREAS | : | NO. 07-4989 |

JACOB P. HART                                         DATE:  October 2, 2009
UNITED STATES MAGISTRATE JUDGE

O R D E R

AND NOW, this     2nd    day of October, 2009, upon consideration of Defendant Dr. Sanford Bolton's Motion to Dismiss for Lack of Personal Jurisdiction, docketed in this case as Document No. 89, and the response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

*/s/Jacob P. Hart*

_____
JACOB P. HART
U.S. MAGISTRATE JUDGE

7