IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE KONTONOTAS : CIVIL ACTION
:
v. :
:
HYGROSOL PHARMACEUTICAL :
CORPORATION, et al. : NO. 07-4989

O R D E R

JACOB P. HART                                                               DATE:   November 4, 2009
UNITED STATES MAGISTRATE JUDGE

O R D E R

AND NOW, this 4th day of November, 2009, upon consideration of Defendants' Hygrosol Pharmaceutical and Spiro Spireas's Motion to Compel Discovery, docketed as Document No. 111, and Plaintiff's response thereto, it is hereby ORDERED that the motion is

(a) DENIED AS MOOT with respect to documents already produced by Plaintiff to Defendants; and it is further ORDERED

(b) That the Motion is GRANTED with respect to the two remaining disputed documents and as to the disputed deposition questions; and it is further ORDERED

(c) That the Motion is DENIED with respect to Defendants' request that the reconvened deposition of Dr. Chrzanowski be at Plaintiff's expense.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
U.S. MAGISTRATE JUDGE