# SEALED PLAINTIFF

# v.

# SEALED DEFENDANT

# FILED UNDER SEAL